J. Will Varin
ISB #6981
VARIN WARDWELL LLC
P.O. BOX 1676
Boise, Idaho 83701
Telephone: (208) 922-7060
Facsimile: (866) 717-1758
willvarin@varinwardwell.com

Attorneys for Non-party Witness
Evan Rainwater

U.S. COURTS

MAR 15 2018

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

### UNITED STATES DISTRICT COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| In re Matter of Deposition Subpoena Served on Evan Rainwater, _____/ | Miscellaneous Case No. 1:18-mc-10051-EJL<br><br>**MOTION TO QUASH DEPOSITION SUBPOENA** |

Non-party witness, Evan L. Rainwater, by his attorneys, Varin Wardwell LLC and Ahern and Associates, P.C., pursuant to Federal Rule of Civil Procedure 45, hereby moves to quash the deposition subpoena served on him on March 1, 2018. (A copy of the deposition subpoena is attached as Exhibit 1 to the Memorandum in Support, filed herewith.)[1]  For reasons stated in the Memorandum in Support, the motion to quash should be granted because (1) Mr. Rainwater possesses no information relevant to the underlying case and sitting for the deposition would cause an undue burden on him, and (2) Defendants, who seek to take Mr. Rainwater's deposition, have failed to comply with

---

[1] The original return date of March 15, 2018 for the subpoena, has been extended, by agreement of the parties, to March 29, 2018.

**MOTION TO QUASH DEPOSITION SUBPOENA -1-**



FEE PAID
_____/DX/000021882

the Middle District of Florida's Handbook on Civil Discovery Practice, which is applied by that Court in more than an advisory way.

This Motion is supported by the Memorandum in Support, including its Exhibits, filed herewith and the Court's records and files in this matter.

RESPECTFULLY SUBMITTED March 15, 2018,

                                        Varin Wardwell LLC

                                    By: _____
                                           J. Will Varin
                                           Attorneys for Evan Rainwater

OF COUNSEL:

Patrick J. Ahern
Christopher Stuart
Liana Alston
Ahern and Associates, P.C.
8 South Michigan Avenue
Suite 3600
Chicago, IL 60603
(312) 404-3760
patrick.ahern@ahernandassociatespc.com

**MOTION TO QUASH DEPOSITION SUBPOENA -2-**